# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

AMANDA CHRISTINE FRANCIS,    Civil File No. 09-2016-JWL/JPO

    Plaintiff,

vs.    **STIPULATION OF DISMISSAL WITH PREJUDICE**

CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT LLC,

    Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Amanda Christine Francis, and the defendant Creditors Interchange Receivable Management LLC, hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

    Respectfully submitted,

Dated: __02/23/09_____    By __/s/ J. Mark Meinhardt_____
    J. Mark Meinhardt, #20245
    4707 College Boulevard, Suite 100
    Leawood, KS  66211
    (913) 451-9797
    (913) 451-6163 (fax)
    ATTORNEY FOR PLAINTIFF

Dated: __02/23/09_____    By __/s/ Michael A. Klutho_____
    Michael A. Klutho
    Bassford Remele
    33 South Sixth Street, Suite 3800
    Minneapolis, MN 55402-3707
    (612) 376-1619
    (612) 746-1219 (fax)
    ATTORNEY FOR DEFENDANT